UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUNRISE ACADEMY, *et al.*, )<br>)<br>Petitioners, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>Respondent. )<br>) | Misc. No. 11-0172 |

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that [2] the motion by Sunrise Academy and Core Ventures, LLC for the return of seized property is DENIED without prejudice; and it is

FURTHER ORDERED that this case is DISMISSED without prejudice. The Clerk of the Court shall remove this matter from the docket of the Court. This is a final appealable order. FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  June 17, 2011